IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHANCE ROWE                                                                              PLAINTIFF
ADC #169022

v.                      CASE NO. 5:19-CV-00207-BSM-JTR

DARRELL GOLDEN, Warden,
Delta Regional Unit, *et al*.                                                            DEFENDANTS

## ORDER

After careful review, United States Magistrate Judge J. Thomas Ray's findings and partial recommendation [Doc. No. 7] is adopted, and Chance Rowe's claims against Darrell Golden and Linda Dykes are dismissed without prejudice. The inadequate dental care and corrective inaction claims against Dr. Stringfellow, Jennifer Handly, Wendy Kelley, and the John Doe defendants may proceed. The U.S. Marshal is directed to serve the complaint [Doc. No. 2] and amended complaint [Doc. No. 6] on Stringfellow, Handly, and Kelley. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 16th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE