**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHANCE ROWE**                                                                **PLAINTIFF**
**ADC #169022**

**v.**                               **CASE NO. 5:19-CV-00207-BSM-JTR**

**DARRELL GOLDEN,** *et al.*                                        **DEFENDANTS**

## ORDER

After careful review, United States Magistrate Judge J. Thomas Ray's partial recommended dispositions [Doc. Nos. 28, 31] are adopted. Chance Rowe's motions to dismiss [Doc. Nos. 19, 29] are granted and his claims against Wendy Kelley and Jennifer Handly are dismissed without prejudice. Kelley's motion to dismiss [Doc. No. 13] is denied as moot. Rowe's claims against John Doe defendants are dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 8th day of July, 2020.


_____
UNITED STATES DISTRICT JUDGE