IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHANCE ROWE**  **PLAINTIFF**
ADC #169022

v.  CASE NO. 5:19-CV-00207-BSM

**STEVEN STRINGFELLOW,**  **DEFENDANT**
*Doctor, Delta Regional Unit*

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 43] is adopted. Steven Stringfellow's motion for summary judgment [Doc. No. 37] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE