IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHANCE ROWE**                                                                                            **PLAINTIFF**
ADC #169022

v.                              CASE NO. 5:19-CV-00207-BSM

**STEVEN STRINGFELLOW,**                                                              **DEFENDANT**
*Doctor, Delta Regional Unit*

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE